1226

No. 04–10308. KALASHO *v.* REPUBLIC OF IRAQ ET AL., *ante,* p. 845;

No. 05–321. HICKS *v.* UNITED STATES, *ante,* p. 1089;

No. 05–466. SCHEELER, INDIVIDUALLY AND ON BEHALF OF SCHEELER, ET AL. *v.* CITY OF ST. CLOUD, MINNESOTA, ET AL., *ante,* p. 1090;

No. 05–561. TOCCI *v.* FORT WAYNE-ALLEN COUNTY AIRPORT AUTHORITY ET AL., *ante,* p. 1093;

No. 05–570. PERNETT *v.* AMERICAN AIRLINES, INC., ET AL., *ante,* p. 1093;

No. 05–627. PARKS, CHIEF, LOS ANGELES POLICE DEPARTMENT *v.* DIAZ, *ante,* p. 1131;

No. 05–655. TAYLOR *v.* GEORGIA DEPARTMENT OF PUBLIC SAFETY ET AL., *ante,* p. 1095;

No. 05–715. HAWKINS *v.* UNITED STATES, *ante,* p. 1096;

No. 05–6322. REEVES *v.* UNITED STATES, *ante,* p. 956;

No. 05–6706. DUNKINS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1042;

No. 05–7072. THOMAS *v.* MINNEAPOLIS PUBLIC SCHOOLS ET AL., *ante,* p. 1101;

No. 05–7177. MONTGOMERY *v.* COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT, *ante,* p. 1102;

No. 05–7288. PRIDGEN *v.* UNITED STATES, *ante,* p. 1053;

No. 05–7306. KESSLER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1105;

No. 05–7356. PARKER *v.* WARNER, GOVERNOR OF VIRGINIA, ET AL., *ante,* p. 1107;

No. 05–7408. GENEVIER *v.* LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES ET AL., *ante,* p. 1108;

No. 05–7429. IN RE EVANS, *ante,* p. 1088; and

No. 05–7872. GREENUP *v.* UNITED STATES, *ante,* p. 1124. Petitions for rehearing denied.

No. 05–639. JONES *v.* LUCENT TECHNOLOGIES, INC., *ante,* p. 1131;

No. 05–7389. PARKER *v.* MINETA, SECRETARY OF TRANSPORTATION, ET AL., *ante,* p. 1131; and

No. 05–7800.   HAIRE *v.* UNITED STATES, *ante*, p. 1131.   Petitions for rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of these petitions.